# EXHIBIT A

United States of America

To Promote the Progress of Science and Useful Arts

# The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

US0D1097646S

(12) **United States Design Patent**
**Deng**

(10) **Patent No.: US D1,097,646 S**
(45) **Date of Patent: ** Oct. 14, 2025**

(54) **NECK PILLOW**

(71) Applicant: **NeoBull Dynamics Inc**, Boulder, CO (US)

(72) Inventor: **Hailang Deng**, Boulder, CO (US)

(73) Assignee: **NeoBull Dynamics Inc**, Boulder, CO (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/996,814**

(22) Filed: **Apr. 2, 2025**

(51) **LOC (15) Cl.** .......... **06-09**

(52) **U.S. Cl.**
USPC .......... **D6/601**

(58) **Field of Classification Search**
USPC .......... D6/595, 596, 597, 601, 604, 716.5
CPC .......... A47G 9/00; A47G 9/10; A47G 9/1009; A47G 9/1027; A47G 9/1054; A47G 9/1072; A47G 9/1081; A47G 9/109; A47G 2009/1018
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D418,711 | S | * | 1/2000 | Mettler | D6/601 |
| D815,861 | S | * | 4/2018 | Kassab Arabo | D6/601 |
| D830,093 | S | * | 10/2018 | Yoo | D6/716.5 |
| D876,126 | S | * | 2/2020 | Johns | D6/601 |
| 10,869,566 | B2 | * | 12/2020 | Kassab Arabo | A47G 9/064 |
| D913,725 | S | * | 3/2021 | Yan | D6/601 |
| D929,154 | S | * | 8/2021 | Yan | D6/601 |
| D931,651 | S | * | 9/2021 | Chen | D6/601 |
| D935,229 | S | * | 11/2021 | Uribe | D6/601 |
| D976,028 | S | * | 1/2023 | Chen | D6/523 |
| D991,707 | S | * | 7/2023 | Zucco | D6/601 |
| D992,309 | S | | 7/2023 | Noyberg | |
| D1,003,079 | S | | 10/2023 | Liu | |
| D1,005,016 | S | | 11/2023 | Li | |
| D1,019,231 | S | * | 3/2024 | Wang | D6/716.5 |
| D1,022,531 | S | * | 4/2024 | Zhou | D6/601 |
| D1,041,203 | S | | 9/2024 | Huang | |
| D1,046,494 | S | | 10/2024 | Lu | |
| D1,048,437 | S | * | 10/2024 | Xiao | D24/215 |
| D1,048,767 | S | | 10/2024 | Zhang | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 305978128 | * | 8/2020 |

OTHER PUBLICATIONS

Inventor-Originated Disclosure (See 130 Declaration): "3-in-1 Neck Massage Pillow Massage Neck Hump Pillow Memory Foam Pillows" (amazon.com). Published: Aug. 29, 2024 Obtained from the internet URL: <https://www.amazon.com/dp/B0DFMBBRZN>. Downloaded on Apr. 2, 2025.

*Primary Examiner* — Michelle E. Wilson
*Assistant Examiner* — Julia S Folkart
(74) *Attorney, Agent, or Firm* — Hawaii Patent Services; Nathaniel K. Fedde; Kenton N. Fedde

(57) **CLAIM**

The ornamental design for a neck pillow as shown and described.

**DESCRIPTION**

FIG. **1** is a forward left perspective view of a neck pillow, showing my new design;
FIG. **2** is a rear, right, bottom perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a bottom plan view thereof.
The broken lines in the figures are for the purposes of illustrating portions of the neck pillow, which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | | |
|---|---|---|---|---|---|
| D1,052,300 | S | | 11/2024 | Zhang | |
| D1,052,303 | S | | 11/2024 | Yao | |
| D1,059,083 | S | | 1/2025 | Clarke | |
| D1,063,451 | S | | 2/2025 | Chen | |
| D1,066,529 | S | * | 3/2025 | Butler | D6/601 |
| D1,067,684 | S | * | 3/2025 | Qi | D6/601 |
| D1,075,359 | S | * | 5/2025 | Chen | D6/601 |
| 2015/0182044 | A1 | * | 7/2015 | Fan | A47G 9/1027 5/644 |
| 2022/0346575 | A1 | * | 11/2022 | Wilkinson | A47G 9/10 |
| 2022/0409471 | A1 | * | 12/2022 | Du | A61H 7/004 |


* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8