JUDGE ABRAMS

26 CV 08457

# SCHEDULE A