AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Neobull Dynamics Inc.
*Plaintiff*
v.
The Individuals, Corporations, Limited Liability Comp
*Defendant*

Case No. 26-CV-08457

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Individuals, Corporations, Limited Liability Companies Partnerships, and Unincorporated Associations .

Date: 10/01/2026

/s/Lance Liu
*Attorney's signature*

Lance Liu, Esq. and 3002946
*Printed name and bar number*

15 Minuteman Circle
Southbury, CT 06488
*Address*

Lanceliu2000@gmail.com
*E-mail address*

(203) 706-9536
*Telephone number*

*FAX number*