UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEOBULL DYNAMICS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

26-CV-8457 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Pursuant to Judge Liman's September 25, 2026 Order Temporarily Sealing Schedule A and Limited TRO and Asset-Restraint Exhibits, No. 26-MC-465, Dkt. 5, Plaintiff was granted permission to file certain materials under seal on this docket "[i]n connection with Plaintiff's anticipated ex parte application for temporary relief." The Court is not in receipt of any such application. Accordingly, it is hereby ordered that, within seven days, Plaintiff shall update the Court on the status of any anticipated application for temporary relief.

SO ORDERED.

Dated: October 14, 2026
New York, New York

Ronnie Abrams
United States District Judge