# EXHIBIT B

## AMAZON LISTING, MULTIPLE-SELLER, TEST-PURCHASE, AND DELIVERY EVIDENCE

## FILED UNDER SEAL