# EXHIBIT C

**DESIGN PATENT INFRINGEMENT AND PHYSICAL COMMONALITY EVIDENCE**

**FILED UNDER SEAL**