# EXHIBIT D

## INVESTIGATION OF DEFENDANTS' LISTED PHYSICAL ADDRESSES

## FILED UNDER SEAL