AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| NeoBull Dynamics Inc.<br>*Plaintiff*<br>v.<br>The Individuals, et al. Identified on Schedule A<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-08457-RA |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff NeoBull Dynamics Inc. .

Date: 10/15/2026

/s/ Alexander Warden
*Attorney's signature*

Alexander Warden (6055388)
*Printed name and bar number*

West Atlantic Law Firm, PLLC
104 West 40th Street, Suite 400
New York, New York 10018
*Address*

alexander.warden@walflaw.com
*E-mail address*

(347) 420-0279
*Telephone number*

(347) 679-6978
*FAX number*