# Exhibit 1

(19) China National Intellectual Property Administration

# (12) DESIGN PATENT

(10) Grant Publication No. CN 308502252 S
(45) Grant Publication Date 2024.03.12

(21) Application No. 202330488138.0

(22) Filing Date 2023.08.02

(73) Patentee Guangzhou Yuemai Environmental Protection Technology Co., Ltd.
Address Room A, No. 13, Lingxing Industrial Zone, Lianhuashan Bonded Processing Zone, Panyu District, Guangzhou, Guangdong 510000

(72) Designer Liu Xuanxuan

(74) Patent Agency Guangzhou Lifan Intellectual Property Agency Co., Ltd. 44563
Patent Agent Fu Cai

(51) LOC(14)Cl.
06-09

7 Drawings or Photographs; Brief Description: 1 Page

(54) Name of Product Incorporating the Design
Cervical Spine Rehabilitation Pillow



Perspective View

CN 308502252 S



Front View



Top View



Rear View



Bottom View



Left View



Perspective View



Right View

# Brief Description



1. Name of the product incorporating this design: Cervical Spine Rehabilitation Pillow.
2. Use of the product incorporating this design: A pillow for cervical spine rehabilitation.
3. Essential features of the design: The shape of the product.
4. Drawing or photograph best illustrating the essential features of the design: Perspective view.

(19)国家知识产权局

(12)外观设计专利

(10)授权公告号 CN 308502252 S
(45)授权公告日 2024.03.12

(21)申请号 202330488138.0

(22)申请日 2023.08.02

(73)专利权人 广州悦麦环保科技有限公司
地址 510000 广东省广州市番禺区莲花山保税加工区灵兴工业区13号A房

(72)设计人 刘煊煊

(74)专利代理机构 广州立凡知识产权代理有限公司 44563
专利代理师 付才

(51)LOC(14)Cl.
06-09

图片或照片 7 幅 简要说明 1 页

(54)使用外观设计的产品名称

颈椎修复枕



立体图

CN 308502252 S


主视图


俯视图


后视图


仰视图


左视图


立体图


右视图

# 简 要 说 明



1.本外观设计产品的名称:颈椎修复枕。

2.本外观设计产品的用途:本外观设计产品用于修复颈椎的枕头。

3.本外观设计产品的设计要点:在于产品的形状。

4.最能表明设计要点的图片或照片:立体图。