# Exhibit 2

# Patent Assignment Agreement

**There is hereby granted a patent.**

| | | | |
|---|---|---|---|
| 2024301998518 | Armrest pad | 202230877555X | Integrated seat and backrest pillow |
| 2023308514874 | Pillow (sixth-generation bed pillow) | 2022308775687 | Headrest Pillow |
| 2023308515627 | Pillow (third-generation bed pillow) | 2022308775668 | Cervical Spine Repair Pillow |
| 202330851609X | Chair headrest | 202230573074X | Afternoon nap pillow (Collapsible) |
| 2023306868770 | Car Pillow (7th Generation) | 2022305730839 | Afternoon Nap Pillow (Office) |
| 2023306867053 | Hooded U-shaped Pillow (2nd Gen) | 2022209536264 | A Cooling Seat Cushion |
| 2023306867744 | Seat cushion (6th generation) | 2022302339006 | Seat Cushion (Cooling Type) |
| 2023306868111 | Lower Back Rest (7th Generation) | 2021308411582 | Seat cushion (KS-cs001) |
| 202330686646X | Desk Napping Pillow (2nd Gen) | 2021308411718 | U-shaped pillow (KS-up001) |
| 2023306004913 | Pillow (beauty pillow) | 2021308409756 | Lower back pillow (KS-bedwp01) |
| 2023306005846 | Seat cushion (square) | 2019215216562 | A perfume pendant |
| 2023304881713 | U-shaped Pillow (Traction for Cervical Repair) | 2019214171598 | An aromatherapy base |
| 202330488193X | Lower back pillow | 2019214173748 | An in-vehicle aroma clip |
| 2023304881380 | Cervical Spine Repair Pillow | 201920154770X | A novel fragrance cream case |
| 2023303558077 | Back cushion | 2019201688356 | An automatically clamping wireless charging phone stand for vehicle use |
| 2023303558645 | Seat Cushion | 2018206898869 | In-vehicle perfume dispenser |
| 202230877562X | Lower back pillow | 2017214762033 | An adjustable modular car perfume case |
| | | 2017207469283 | Automotive perfume holder |

**The Applicant is Guangzhou Yuemai Environmental Protection Technology Co., Ltd. Through mutual negotiation, both parties agree to assign the patent rights to Guangzhou Mingyu Enterprise Management Co., Ltd. After the assignment, the patentee shall be Guangzhou Mingyu Enterprise Management Co., Ltd.**

**This is hereby certified!**

Pre-assignment Patentee (Signature and Seal):

Post-assignment Patentee (Signature and Seal):

Date: May 29,2025

# 专利权转让协议书

**兹有专利**

| | | | |
|---|---|---|---|
| 2024301998518 | 扶手垫 | 202230877555X | 坐靠一体枕 |
| 2023308514874 | 枕头（六代床上枕头） | 2022308775687 | 头枕 |
| 2023308515627 | 枕头（三代床上枕头） | 2022308775668 | 颈椎修复枕 |
| 202330851609X | 椅子头靠 | 202230573074X | 午睡枕(可收纳) |
| 2023306868770 | 汽车枕头（7代） | 2022305730839 | 午睡枕(办公室) |
| 2023306867053 | 连帽U型枕（2代） | 2022209536264 | 一种制冷坐垫 |
| 2023306867744 | 坐垫（6代） | 2022302339006 | 坐垫（制冷） |
| 2023306868111 | 腰靠（7代） | 2021308411582 | 坐垫（KS-cs001） |
| 202330686646X | 趴睡枕（2代） | 2021308411718 | U型枕（KS-up001） |
| 2023306004913 | 枕头（美容枕） | 2021308409756 | 腰枕（KS-bedwp01） |
| 2023306005846 | 坐垫（方形） | 2019215216562 | 一种香水挂件 |
| 2023304881713 | U形枕(牵引颈椎修复) | 2019214171598 | 一种香薰座 |
| 202330488193X | 腰枕 | 2019214173748 | 一种车载香薰夹 |
| 2023304881380 | 颈椎修复枕 | 201920154770X | 一种新型香膏盒 |
| 2023303558077 | 靠垫 | 2019201688356 | 一种自动夹紧的车载无线充电手机支架 |
| 2023303558645 | 坐垫 | 2018206898869 | 车载香水装置 |
| 202230877562X | 腰枕 | 2017214762033 | 一种可调节的组合式车载香水盒 |
| | | 2017207469283 | 汽车香水座 |

申请人为：广州悦麦环保科技有限公司，现经双方协商，同意将专利权转让给：广州明域企业管理有限公司，转让后专利权人为：广州明域企业管理有限公司。

特此证明！

转让前专利权人（签章）：

转让后专利权人（签章）：

日期：2025 年 05 月 29 日