# Exhibit 3

National Intellectual Property Administration

510000

Room 1205, No.689 Tianhe North Road, Tianhe District, Guangzhou; Self-compiled No.2; Guangzhou Lifan Intellectual Property Agency Co., Ltd.

Fu Cai (020-82529125)

Publication Date:

June 16,2025

**Application or patent number: 202330488138.0** **Document Number:** 2025061600811320

**Applicant or Patent Holder:** Guangzhou Mingyu Enterprise Management Co., Ltd.

**Invention Name:** Cervical Spine Repair Pillow

## Notice of Compliance with Formal Requirements

Regarding the aforementioned patent applications or patents, the applicant or patentee shall submit a request for amendment of the patent specification details on May 30,2025. Upon review, if the request complies with the relevant provisions of the Patent Law and its implementing regulations, the amendment shall be granted. The details of the amendment are hereby notified as follows:

**Modified Item: Patent Owner**

**Change Category: Transfer**

**Before the change:**

Inventor No.1

Is the patent holder a representative: Yes

Name or Title of Patent Holder: Guangzhou Yuemai Environmental Protection Technology Co., Ltd.

Nationality or country (region) of registration of the patent holder: China

Patent holder's postal code: 510000

Patent holder's address: Room A, No.13, Lingxing Industrial Zone, Lianhuashan Bonded Processing Zone, Panyu District, Guangzhou, Guangdong Province

Patent holder's identification number: 91440101320988513E

**After change:**

Inventor No.1

Is the patent holder a representative: Yes

Name or Designation of Patent Holder: Guangzhou Mingyu Enterprise Management Co., Ltd.

Nationality or country (region) of registration of the patent holder: China

Patent holder's postal code: 511455

Patent holder's address: Room 1013, ED71, No.27 Huanshi Avenue Middle, Nansha District, Guangzhou, Guangdong Province

Patent holder's identification number: 91440115MADB7D530F

This application has been granted and published, and this amendment has been published in the Patent Gazette, Vol. 41, No.2701, dated July 1, 2025.

Starting from the third year, the annual fee for this patent shall no longer be reduced.



For paper-based applications, please send your reply letter to: Patent Office Acceptance Division, China National Intellectual Property Administration, No.6 Tucheng Road, Jimen Bridge, Haidian District, Beijing 100088.

Electronic applications shall be submitted in the form of electronic documents via the patent administration system. Unless otherwise provided, documents submitted in paper form or any other form shall be deemed not to have been submitted.

The current status of this patent application or patent is: patent right maintained.

Remarks:

Parties may log-on to the “China-and-Multi-country Patent Examination Information Inquiry System” ([http://cpquery.cponline.cnipa.gov.cn](http://cpquery.cponline.cnipa.gov.cn)) to inquire about changes in patentee for published or granted patent applications/patents. Registered e-filing users may access the system with their account and password for such inquiries.

Where the patentee or patent agency is changed, the parties shall promptly complete all pending formalities and matters pertaining to this patent application/patent arising prior to the change.

Examiner: Lin Xiaowen

Contact number: 010-53960350

Examination Authority: Beijing Patent Examination Cooperation Center

国家知识产权局

专利审查业务章

1101081359734



For paper-based applications, please send your reply letter to: Patent Office Acceptance Division, China National Intellectual Property Administration, No. 6 Tucheng Road, Jimen Bridge, Haidian District, Beijing 100088.

Electronic applications shall be submitted in the form of electronic documents via the patent administration system. Unless otherwise provided, documents submitted in paper form or any other form shall be deemed not to have been submitted.

国 家 知 识 产 权 局

510000
广州市天河区天河北路 689 号 1205 房自编之二 广州立凡知识产权代理有限公司
付才(020−82529125)

发文日：

2025 年 06 月 16 日

申请号或专利号：202330488138.0　　发文序号：2025061600811320

申请人或专利权人：广州明域企业管理有限公司

发明创造名称：颈椎修复枕

# 手 续 合 格 通 知 书

上述专利申请或专利，申请人或专利权人于 2025 年 5 月 30 日提出著录项目变更请求，经审查，符合专利法及其实施细则的相关规定，准予变更，现将变更的内容通知如下：

**变更项目:专利权人**

**变更类别:转移**

**变更前：**

第 1 专利权人
专利权人是否代表人：是
专利权人姓名或名称：广州悦麦环保科技有限公司
专利权人国籍或注册国家（地区）：中国
专利权人邮政编码：510000
专利权人地址：广东省广州市番禺区莲花山保税加工区灵兴工业区 13 号 A 房
专利权人证件号码：91440101320988513E

**变更后：**

第 1 专利权人
专利权人是否代表人：是
专利权人姓名或名称：广州明域企业管理有限公司
专利权人国籍或注册国家（地区）：中国
专利权人邮政编码：511455
专利权人地址：广东省广州市南沙区环市大道中 27 号 1013 房 ED71
专利权人证件号码：91440115MADB7D530F

该申请已经授权公告，此变更在 41 卷 2701 期 2025 年 07 月 01 日专利公报上予以公告。
该专利的年费缴纳金额从第 3 年起不再予以费用减缴。


纸件申请，回函请寄：100088 北京市海淀区蓟门桥西土城路 6 号 国家知识产权局专利局受理处收
电子申请，应当通过专利业务办理系统以电子文件形式提交相关文件。除另有规定外，以纸件等其他形式提交的文件视为未提交。

# 国 家 知 识 产 权 局

该专利申请或专利目前的案件状态为：专利权维持。

提示：

当事人可以登录“中国及多国专利审查信息查询系统”（http://cpquery.cponline.cnipa.gov.cn）查询已公布或授权公告的专利申请或专利的权利人变更情况。电子申请注册用户可以凭其注册账号和密码登录该系统查询相关内容。

权利人或专利代理机构发生变更的，当事人应当及时完成变更前该专利申请或专利的未尽手续及相关事宜。

审 查 员：林晓文
联系电话：010-53960350
审查部门：专利审查协作北京中心

国家知识产权局 专利审查业务章 1101081359734


纸件申请，回函请寄：100088 北京市海淀区蓟门桥西土城路 6 号 国家知识产权局专利局受理处收
电子申请，应当通过专利业务办理系统以电子文件形式提交相关文件。除另有规定外，以纸件等其他形式提交的文件视为未提交。