UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEOBULL DYNAMICS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

26-CV-8457 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Before the Court are Plaintiff's motion for a temporary restraining order, Dkt. 6, and Guangzhou Mingyu Enterprise Management Co., Ltd.'s motion to intervene, Dkt. 17. A conference shall be held regarding the pending motions on October 20, 2026 at 10:30 a.m. Unless Plaintiff or Proposed Intervenor requests otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public.

SO ORDERED.

Dated: October 19, 2026
New York, New York

Ronnie Abrams
United States District Judge