UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NEOBULL DYNAMICS INC.,**<br>*Plaintiff,*<br>v.<br>**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,**<br>*Defendants.* | **Case No. 1:26-cv-08457 (RA)**<br><br>**DECLARATION OF ALEXANDER WARDEN REGARDING NOTICE PURSUANT TO THE OCTOBER 22, 2026 ORDER** |

I, Alexander Warden, declare under penalty of perjury as follows:

1. I am counsel for Plaintiff NeoBull Dynamics Inc. and submit this declaration to confirm compliance with the notice requirements contained in the Court's October 22, 2026 Temporary Restraining Order and Order to Show Cause.

2. On October 23, 2026, I provided notice to each of the four Defendants through the Amazon Seller Messaging system associated with that Defendant's active seller account.

3. Each message identified this action and the accused ASIN, provided the date and terms of the preliminary-injunction hearing and related briefing deadlines, and advised the recipient to provide the notice and court papers immediately to legal counsel.

4. Through Amazon Seller Messaging, I also transmitted the signed October 22, 2026 Temporary Restraining Order and Order to Show Cause and the public case materials identified in the notice.

5. I preserved contemporaneous records for each Defendant showing the applicable Amazon seller page, the notice transmitted through Amazon Seller Messaging, and the accompanying document transmission.

6. Because those records contain seller identities and account information maintained under seal, they are not attached to this publicly filed declaration. Plaintiff will promptly provide the records to the Court under seal or by any other procedure the Court directs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 23, 2026

*Respectfully submitted,*

/s/ Alexander Warden
Alexander Warden, Esq.
alexander.warden@walflaw.com
West Atlantic Law Firm, PLLC
104 West 40th Street, Suite 400
New York, NY 10018
Counsel for Plaintiff NeoBull Dynamics Inc.