AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| NEOBULL DYNAMICS INC.<br>*Plaintiff*<br>v.<br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIA<br>*Defendant* | ) ) ) ) ) | Case No. 1:26-cv-08457- RA |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants iceyijiu, hangzhouheqinmaoyiyouxiangongsi, Lin Yuan Store and 140WCharger .

Date: 10/27/2026

/s/ Tong Jin
*Attorney's signature*

TONG JIN, NY bar No. 5871959
*Printed name and bar number*

8140 Walnut Hill Lane, Suite 615
Dallas, TX 75231
*Address*

tjin@nilawfirm.com
*E-mail address*

(972) 331-4600
*Telephone number*

(972) 314-0900
*FAX number*