UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEOBULL DYNAMICS, INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

26-CV-8457 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The show-cause hearing previously scheduled to take place in person on November 2, 2026 at 11:00 a.m. will now be held on video via Microsoft Teams. Members of the public may call into the hearing at the following audio-only line: (646) 453-4442; Phone Conference ID: 558 641 342#. A video link will be sent to the parties prior to the conference.

SO ORDERED.

Dated: October 27, 2026
New York, New York

Ronnie Abrams
United States District Judge