IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Neobull Dynamics Inc.,

Plaintiff,

v.

The Individuals, Corporations, Limited Liability Companies Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint,

Defendants.

Case No. 1:26-CV-08457-RA

Judge Hon. Ronnie Abrams

Magistrate Judge Hon. Robert W. Lehrburger

**PROPOSED INTERVENOR GUANGZHOU MINGYU ENTERPRISE MANAGEMENT CO., LTD.'S MOTION TO WITHDRAW ITS MOTION TO INTERVEN AND ITS OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY ASSET RESTRAINT, PREJUDGMENT ATTACHMENT, AND EXPEDITED DISCOVERY**

Proposed Intervenor Guangzhou Mingyu Enterprise Management Co., Ltd. ("Mingyu"), through undersigned counsel, respectfully withdraw its Motion to Intervene and its opposion to Plaintiff Neobull Dynamics Inc.'s ("Neobull" or "Plaintiff") ex parte application for an order to show cause, temporary restraining order ("TRO"), temporary asset restraint, prejudgment attachment, and expedited discovery (the "Application") because Mingyu and Plaintiff have reached an amicable settlement agreement and Mingyu no longer has any need to access to the sealed Schedule A and relevant portions of Exhibits B, C, and D.

Respectfully Submitted

Dated: October 30, 2026

/s/lance liu
By: Lance Liu, Esq.
15 Minuteman Circle
Southbury, CT 06488
Email: lanceliu2000@gmail.com
Phone: (203)706-9536

Counsel for Proposed Intervenor Guangzhou Mingyu Enterprise Management Co., Ltd.

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
October 30, 2026

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which generated notice of filing to counsel of record.

/s/lance liu

By: /s/ Lance Liu, Esq.
15 Minuteman Circle
Southbury, CT 06488
Email: lanceliu2000@gmail.com
Phone: (203)706-9536

Counsel for Proposed Intervenor Guangzhou
Mingyu Enterprise Management Co., Ltd.