UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEOBULL DYNAMICS INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNIDENTIFIED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

26-CV-8457 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record at today's hearing, the temporary restraining order issued by this Court on October 22, 2026, Dkt. 21, is vacated, and Plaintiff's motion for a preliminary injunction is denied without prejudice. Within fourteen days, the parties shall submit a joint letter indicating whether they seek referral to mediation or to Magistrate Judge Lehrburger for a settlement conference. The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 6 and 12 and to unseal the documents filed at Dkt. 3.

SO ORDERED.

Dated: November 2, 2026
New York, New York

Ronnie Abrams
United States District Judge